**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0211

**FINKELSTEIN THOMPSON LLP**
Mila F. Bartos, Esq.
Rosalee B. Connell, Esq.
1050 30th Street, NW
Washington, DC 20007
Phone: (202) 337-8000
Fax: (202) 337-8090

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Luke deBarathy, on behalf of himself and all others similarly situated, | Case No. _____ |
| Plaintiff, | |
| v. | |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation, XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD., SUZHOU TEXTILE IMPORT AND EXPORT COMPANY, | **CERTIFICATE OF NON-ARBITRABILITY** |
| Defendants. | |

131846 v1

I, Joseph J. DePalma, of full age, hereby certify that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated: April 9, 2007

_____
Joseph J. DePalma, Esq.