1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

Luke deBarathy, on behalf of himself
and all others similarly situated,

        Plaintiff,

    v.                                                                                    07cv1739(NLH)

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation, XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT COMPANY LTD.,
SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,

        Defendants.

TO: (Name Address of Defendant)

**MENU FOODS INCOME FUND**
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                         4/16/07

CLERK                                          DATE

BY DEPUTY CLERK

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

Luke deBarathy, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation, XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT COMPANY LTD.,
SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,

      Defendants.

07CV1739(NLH)

TO: (Name Address of Defendant)

**MENU FOODS INC.**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**     4/16/07
CLERK                    DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

Luke deBarathy, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation, XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT COMPANY LTD.,
SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,

      Defendants.

07CV 1739 (NLH)

TO: (Name Address of Defendant)

MENU FOODS HOLDINGS, INC.
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**      4/16/07

CLERK                            DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

**RETURN OF SERVICE**

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

Luke deBarathy, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation, XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT COMPANY LTD.,
SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,

      Defendants.

07CV1739(NLH)

TO: (Name Address of Defendant)

**MENU FOODS MIDWEST CORPORATION**
1400 E Logan Ave
Emporia, KS , 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**   4/16/07
CLERK   DATE

BY DEPUTY CLERK

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

Luke deBarathy, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

07CV1739 (NLH)

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation, XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT COMPANY LTD.,
SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,

        Defendants.

TO: (Name Address of Defendant)

Xuzhou Anying Biologic Technology Development Company Ltd.
Wangdigan Indutrial Zone
Peixian, CN-32
China 221623

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**    4/16/07

CLERK    DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

Luke deBarathy, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation, XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT COMPANY LTD.,
SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,

      Defendants.

07CV1739 (NLH)

TO: (Name Address of Defendant)

Suzhou Textile Import and Export Company
Zhuttui Road 121#
Cang Lang District
Suzhou, Jiangsu
China 215006

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK                           4/16/07
                                  DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action