Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Income Fund, Menu Foods, Inc.,
Menu Foods Holdings, Inc. and
Menu Foods Midwest Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LUKE deBARATHY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation, XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD., SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,<br><br>Defendants | Civil Action No.: 07-cv- 01739 (NLH) (AMD)<br><br>NOTICE OF APPEARANCE |

Hill Wallack LLP hereby enters its appearance as counsel for the defendants, Menu

Foods, Inc., in the above captioned matter, which has been stayed per the Order of Judge Noel L.

Hillman dated May 2, 2007.

>HILL WALLACK LLP
>Attorneys for Defendants
>
>BY: *Gerard H Hanson*
>Gerard H. Hanson
>ghh@hillwallack.com

Dated: May    , 2007